391 A.2d 674

Commonwealth v. Bethea, Appellant.

Argued March 14, 1978. Nelson M. Galloway, for appellant; Marion E. MacIn-

tyre, Second Assistant District Attorney, with her LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.